# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **3:22cr1780-TWR** |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| **Gustavo Ramirez,** | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952,960 - Importation of a Controlled Substance (Felony)

Dated: 10/13/22

Hon. Barbara L. Major
United States Magistrate Judge

FILED
OCT 13 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY